United States District Court
Middle District of Florida
Jacksonville Division

**JOSEPH BRATCHER,**

 *Plaintiff,*

v.              No. 3:24-cv-1174-BJD-PDB

**THOMAS K. WATERS ET AL.,**

 *Defendants.*

---

## Order

The defendants request special handling of certain information:

> Specifically, Defendants request that, pursuant to section 119.07(3), Florida Statutes, the home addresses, phone numbers, dates of birth, and social security numbers of law enforcement officers and their families will not be released in the record. If any such information is necessary for proof of a claim or defense, it will be provided to counsel only and shall be maintained as confidential, unless the parties agree to its use in pleadings or at trial, or unless an order is obtained from the Court to permit such use.

Doc. 20 at 6. The request is treated as a motion under Rule 5.2(e)(1), Federal Rules of Civil Procedure. Doc. 22. The plaintiff did not respond to the motion, and the time to respond has passed. Under Local Rule 3.01(c), the Court considers the motion unopposed.

Rule 5.2, Federal Rules of Civil Procedure, provides privacy protection for filings made with the Court:

> (a) REDACTED FILINGS. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date,

the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:

(1) the last four digits of the social-security number and taxpayer-identification number;

(2) the year of the individual's birth;

(3) the minor's initials; and

(4) the last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a). Rule 5.2 permits a court, for "good cause," to require the redaction of additional information. Fed. R. Civ. P. 5.2(e)(1).

Good cause exists to extend privacy protections to home addresses and phone numbers based on the general safety risks to law enforcement officers and their immediate family members, reflected in the rationale behind Fla. Stat. § 119.071(4)(d)2.a. The motion, Doc. 20, is **granted** to the extent that any paper filed on the docket must comply with Rule 5.2 and, additionally, must exclude by redaction any home address and phone number of any law enforcement officer and the officer's immediate family members.

**Ordered** in Jacksonville, Florida, on March 6, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*