UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSEPH BRATCHER,

    Plaintiff,

v.                                              Case No.: 3:24-cv-01174-BJD-PDB

THOMAS K. WATERS, in his official
capacity as Sheriff of the City of
Jacksonville, Florida, JUSTIN
BRIDGEMAN, MATTHEW
HERRERA, and KYLE MCDONALD,
individually,

    Defendants.
_____/

## INDIVIDUAL DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants Justin Bridgeman, Matthew Herrera, and Kyle McDonald, individually ("Individual Defendants"), hereby respond to the correspondingly numbered paragraphs of Plaintiff's Complaint [Doc. 1] as follows:

    1.    Admitted for purposes of jurisdiction and venue; otherwise denied.

    2.    Admitted for purposes of jurisdiction; otherwise denied.

    3.    Admitted for purposes of venue; otherwise denied.

    4.    Without knowledge and therefore denied.

    5.    Admitted.

    6.    Admitted.

7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Denied.

13. Denied as framed.

14. Admitted.

15. Denied as framed.

16. Denied.

17. Denied as framed.

18. Denied.

19. Denied as framed.

20. Admitted.

21. Admitted.

22. Denied.

23. Denied as framed.

24. Admitted.

25. Without knowledge and therefore denied.

26. Admitted.

27. Without knowledge and therefore denied.

## Count I

28. The Individual Defendants reassert and reallege their responses to paragraphs 1 through 27.

29. Denied.

30. Denied.

31. Denied.

## Count II

32. The Individual Defendants reassert and reallege their responses to paragraphs 1 through 27.

33. Denied.

34. Denied.

35. Denied.

## Count III

36. The Individual Defendants reassert and reallege their responses to paragraphs 1 through 27.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

## Count IV

41.-48. The allegations of Count IV are not addressed to the Individual

Defendants; thus, no response is required. To the extent the allegations are construed as claims against the Individual Defendants, they are denied.

## Count V

49.-53. The allegations of Count V are not addressed to the Individual Defendants; thus, no response is required. To the extent the allegations are construed as claims against the Individual Defendants, they are denied.

## Count VI

54.-58. The allegations of Count VI are not addressed to the Individual Defendants; thus, no response is required. To the extent the allegations are construed as claims against the Individual Defendants, they are denied.

## Count VII

59.-63. The allegations of Count VII are not addressed to the Individual Defendants; thus, no response is required. To the extent the allegations are construed as claims against the Individual Defendants, they are denied.

64. The Individual Defendants deny that Plaintiff is entitled to the relief sought in any of the unnumbered paragraphs of each count.

65. The Individual Defendants deny all paragraphs, including all sub-parts, and allegations in Plaintiff's Complaint not herein specifically admitted.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state any claims against the Individual Defendants upon which relief can be granted.

2. No constitutional violations were committed during the events described in the Complaint.

3. The Individual Defendants acted reasonably and in good faith during the events described in the Complaint or related hereto. Further, the Individual Defendants had probable cause to detain Plaintiff, acted with objective reasonableness at all times toward Plaintiff, and used only such force as was reasonably necessary under the facts and circumstances presented and reasonably known to them at the time of the incident.

4. The Individual Defendants are immune from tort liability except to the extent it is waived in Section 768.28, Florida Statutes.

5. The Individual Defendants are immune from liability under section 768.28(9), Florida Statutes, because they acted in good faith, without malice, and within the scope of their duties as duly qualified, appointed and acting police officers to the City of Jacksonville and peace officer of the State of Florida and were engaged in the lawful performance of their regularly assigned duties.

6. Plaintiff has received, may be entitled to receive, or may in the future receive compensation from collateral sources for injuries and damages sustained and the Individual Defendants claim a setoff for said compensation pursuant to applicable law.

7. Plaintiff is not entitled to recover economic damages for those past medical expenses, if any written off by the medical care providers or reduced by agreement between the medical care providers and insurers, regardless of whether such write-offs constitute collateral sources as defined in Section 768.76, Florida Statutes, or by common law.

8. The actions or inactions of the Plaintiff are the sole, direct, and proximate cause of Plaintiff's alleged damages, or in the alternative contributed to those damages, and therefore such damages should be barred or reduced in proportion to the fault of the Plaintiff.

9. Plaintiff has failed to mitigate the damages alleged in the Complaint and such failure has contributed to the extent of those damages; therefore, any damages should be barred or reduced in proportion to such failure to mitigate.

10. The Individual Defendants are entitled to qualified immunity because they had probable cause to arrest the Plaintiff, acted reasonably, did not use unnecessary or excessive force, acted within the scope of their discretionary authority as police officers, and did not violate the Plaintiff's constitutional rights.

11. The Individual Defendants are entitled to qualified immunity because they acted in good faith in an objectively reasonable manner and did not violate clearly established law.

12. The Individual Defendants adopt any defenses filed by a co-Defendant that inure to their benefit.

### **DEMAND FOR JURY TRIAL**

The Individual Defendants demand a trial by jury on all issues so triable.

Date: May 6, 2025

                      Respectfully submitted,

                      /s/ *Sonya Harrell*
                      Sonya Harrell
                      Florida Bar No.: 42803
                      Office of General Counsel
                      117 W. Duval Street Ste. 480
                      Jacksonville, FL 32202
                      904-255-5060
                      SonyaH@coj.net; CLively1@coj.net
                      *Lead Counsel for Individual Defendants Bridgeman, Herrera, and McDonald*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 6th day of May, 2025.

                      */s/   Sonya Harrell*
                      Attorney for Individual Defendants